IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARY A. ZOLMAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:17-v-00989-O |
| MARK SULLIVAN, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed[1], and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 9) is **GRANTED**. A final judgment will issue by separate order.

**SO ORDERED** on this **27th day** of **July, 2018.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not consider Plaintiff's motion to remand (ECF No. 23) or his motion to extend time to plead (ECF No. 22) as objections to the FCR because they do not state specific objections to the findings and conclusions of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996). In a separate order, the Court considered Plaintiff's motions and denied his motion to remand and found moot his motion for extension of time to plead. *See* July 27, 2018 Order, ECF No. 24.